

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-18-00342-CV

_____

EDDIE LACY STIVERS III, Appellant

V.

JERRY HOLMES, Appellee

On Appeal from the 297th District Court
Tarrant County, Texas
Trial Court No. D297-S-12155-13

Before Gabriel, Kerr, and Pittman, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

On November 14 and December 3, 2018, we notified Appellant that we would dismiss this appeal unless he paid the required $205 filing fee. *See* Tex. R. App. P. 5, 12.1(b), 42.3(c), 44.3. Appellant has not done so. Because Appellant has not complied with a procedural requirement, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c), 43.2(f). Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered: January 10, 2019